IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DRAKE P., a minor, by and through his parent, MARIA P.; and MARIA P., an adult, individually and on her own behalf,** | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 10-4519 |
| v. | : : | |
| **COUNCIL ROCK SCHOOL DISTRICT,** | : : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 2nd day of June 2011, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (Document No. 12, filed January 21, 2011), Defendant's Response to Plaintiffs' Motion for Judgment on the Administrative Record (Document No. 13, filed February, 21, 2011) and Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Judgment on the Administrative Record (Document No. 14, filed March 8, 2011), for the reasons set forth in the Memorandum dated June 2, 2011, **IT IS ORDERED** that Plaintiffs' Motion for Judgment on the Administrative Record (Document No. 12, filed January 21, 2011) is **DENIED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Council Rock School District, and **AGAINST** plaintiffs, Drake P. and Maria P.

**IT IS FURTHER ORDERED** that the Deputy Clerk shall **SERVE** one copy each of

the Memorandum dated June 2, 2011 and this Order on the Office for Dispute Resolution.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

 /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**

---

[1] The address for the Office for Dispute Resolution is as follows:

> Office for Dispute Resolution
> 6340 Flank Drive
> Harrisburg, PA 17112-2764